UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81500-CIV-DIMITROULEAS

MARSHALL MANLEY,

Magistrate Judge Snow

    Plaintiff,

vs.

GEROVA FINANCIAL GROUP, LTD.,
a Cayman Islands corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL FOR DEFENDANT

THIS CAUSE is before the Court upon the Clark Smith, Esq., of Paxton & Smith, P.A., Matthew Haynes, of Johnson & Haynes, P.A., and Jeffrey Sirmons, Esq., of Johnson & Haynes, P.A.'s Corrected Motion to Withdraw as Counsel for Defendant, filed herein on April 21, 2011. [DE 34]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The Court deferred ruling on the Corrected Motion to Withdraw to allow Defendant an opportunity to respond and to obtain new counsel. [DE 35]. However, the Court also noted that corporations cannot appear *pro se* and must be represented by counsel. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-86 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986); Nat'l Indep. Theater Exhibitors, Inc. v. Buena Vista Distribution Co., 748 F. 2d 602, 609 (11th Cir. 1985), cert. denied 471 U.S. 1056 (1985). Thus, the Order indicated that a failure to respond or to obtain new counsel would result in the Court striking any future pleadings of Gerova Financial Group, LTD. Gerova Financial Group, LTD. has not filed any objections nor an appearance of new counsel.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Clark Smith, Esq., of Paxton & Smith, P.A., Matthew Haynes, of Johnson & Haynes, P.A., and Jeffrey Sirmons, Esq., of Johnson & Haynes, P.A.'s Corrected Motion to Withdraw as Counsel for Defendant [DE 34] is **GRANTED**.

2. Clark Smith, Esq., of Paxton & Smith, P.A., Matthew Haynes, of Johnson & Haynes, P.A., and Jeffrey Sirmons, Esq., of Johnson & Haynes, P.A. are hereby relieved of any further responsibility in this matter.

3. Gerova Financial Group, LTD. must be represented by counsel in any future proceedings in this action before the Court.

4. Counsel is directed to serve a copy of this Order on Gerova Financial Group, LTD. by Thursday, May 19, 2011.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of May, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record